8103-3

DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
(212) 344-4700

Attorneys for Plaintiff
UNION INSURANCE COMPANY LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNION INSURANCE COMPANY LTD.

                          Plaintiff,

                 -against-

AMERICAN BUREAU OF SHIPPING,

                          Defendant.
-----------------------------------------------------------X

JUDGE SAND

07 CV 3322

FED. R. CIV. P.
7.1 CERTIFICATION

RECEIVED
APR 2 5 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States

District Courts, the undersigned counsel for plaintiff, UNION INSURANCE COMPANY

LTD., certifies upon information and belief that the following are corporate parents and/or

subsidiaries of said parties which are publicly held:  NONE

Dated: New York, New York
       April 25, 2007

DEORCHIS, WIENER & PARTNERS, LLP

By: _____
William E. Lakis (WL-9355)
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700

W:\8103-3\Legals\Rule 7.1 042507 Wel.Doc 4/25/07-npo