AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

UNION INSURANCE COMPANY,

**SUMMONS IN A CIVIL CASE**

V.

AMERICAN BUREAU OF SHIPPING,

CASE NUMBER:

07 CV 3322

TO: (Name and address of defendant)

American Bureau of Shipping
45 Broadway
New York, NY 10006-3739
Attention: Martha C. Adams, Associate General Counsel and Assistant Secretary

JUDGE SAND

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Marios Quintero*

(BY) DEPUTY CLERK

APR 2 5 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 08/22/2007 |
| NAME OF SERVER (PRINT) MARTA PIETROBELLI | TITLE |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: AMERICAN BUREAU OF SHIPPING  LS BROADWAY  NEW YORK, NY 10006  ON MARTHA C. ADAMS

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08/22/2007
             Date

Signature of Server: *[signed] Marta Pietrobelli*

Address of Server: 61 BROADWAY  SUITE 2600  26th FLOOR  NEW YORK, NY 10006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.