UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNION INSURANCE COMPANY, LTD., <br><br> Plaintiff <br> v. <br><br> AMERICAN BUREAU OF SHIPPING, <br><br> Defendant | ) Case No.: **07 CV 3322** <br> ) Judge Sand <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Rockland    ss:

I, David A. Bacharach, being duly sworn, deposes and says; deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **AUGUST 22, 2007** at **2:44 PM** at **45 EISENHOWER DRIVE, 1ST FLOOR, PARAMUS, NEW JERSEY 07652**, deponent served the within **SUMMONS IN A CIVIL CASE & COMPLAINT** on **AMERICAN BUREAU OF SHIPPING** defendant therein named.

CORPORATION: A domestic, not-for-profit corporation, by delivering thereat a true copy to **YVONNE YOUNG** personally; deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: **Female**    Skin: **Black**    Hair: **Black**    Age: **36-50 Yrs.**    Height: **5'4"-5'8"**    Weight: **161-200 Lbs.**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

David A. Bacharach    Lic. #.:1095841

Subscribed and sworn to before me, a notary public, on this __23rd__ day of __August__, 2007.

Notary Public

ALICIA C RAIMONDI
Notary Public - State of New York
NO. 01RA6160026
Qualified in Rockland County
My Commission Expires 1/29/11