fee
8/03-3

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

UNION INSURANCE COMPANY,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

AMERICAN BUREAU OF SHIPPING,

**07 CV 3322**

JUDGE SAND

TO: (Name and address of defendant)

American Bureau of Shipping
ABS Plaza
16855 Northchase Drive
Houston, TX 77060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              APR 2 5 2007
CLERK                                           DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE August 23, 2007 |
| NAME OF SERVER (PRINT) R.C. Rivera | TITLE Authorized Person #SCH1038 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Delivered to American Bureau of Shipping by delivering to an unidentified female at ABS Plaza, 16855 Northchase Drive, Houston, Texas 77060

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 23, 2007
Date

Signature of Server

10107 Kirkdale Drive
Houston, Texas 77089
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.