8103-3

DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
(212) 344-4700

Attorneys for Plaintiff
UNION INSURANCE COMPANY LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNION INSURANCE COMPANY LTD.

                     Plaintiff,                         VOLUNTARY DISMISSAL
    -against-

AMERICAN BUREAU OF SHIPPING,

                     Defendant.
---------------------------------------------------------------X

            Plaintiff, UNION INSURANCE COMPANY LTD., by and through its

undersigned attorneys, DeOrchis & Partners, LLP, pursuant to Rule 41(a)(1) of the Federal Rules

of Civil Procedure, hereby voluntarily dismisses the captioned matter, without prejudice, and

without costs to any party.

Dated:  New York, New York
        March 19, 2008

                              DeORCHIS & PARTNERS, LLP

                              By:_____
                                William E. Lakis (WL-9355)
                                61 Broadway, 26th Floor
                                New York, New York  10006-2802
                                (212) 344-4700

W:\8103-3\Legals\Voluntary Dismissal 031908 wel.doc/lb