*So ord, J*

8103-3

DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
(212) 344-4700

Attorneys for Plaintiff
UNION INSURANCE COMPANY LTD.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNION INSURANCE COMPANY LTD.                          Docket No. 07 Civ. 3322 (LBS)

                          Plaintiff,                        VOLUNTARY DISMISSAL

          -against-

AMERICAN BUREAU OF SHIPPING,

                          Defendant.
-------------------------------------------------------------X

Plaintiff, UNION INSURANCE COMPANY LTD., by and through its

undersigned attorneys, DeOrchis & Partners, LLP, pursuant to Rule 41(a)(1) of the Federal Rules

of Civil Procedure, hereby voluntarily dismisses the captioned matter, without prejudice, and

without costs to any party.

Dated:  New York, New York
        March 19, 2008

                                        DEORCHIS & PARTNERS, LLP

                                        By: _____
                                           William E. Lakis (WL-9355)
                                           61 Broadway, 26th Floor
                                           New York, New York 10006-2802
                                           (212) 344-4700

W:\8103-3\Legals\Voluntary Dismissal 031908 wel.doc/lb

*So ordered*

*J. [signature] USDJ*

*3/25/08*